```
 1 | Richard E Kamp
 2 | 1095 Hilltop Drive #325
 3 | Redding, CA 96003
 4 | 530-941-5121
 5 | Pro Se Plaintiff
```

**FILED**

JUN 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Richard E. Kamp,

    Plaintiff,

vs.                                  Case No: 2:13-MC-0056-TLN-CKD

United States,

    Respondent.          **PROOF OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years and on June 10, 2013, I served a copy of Petition To Quash Summons; Memorandum In Support Of Petition To Quash Summons; Affidavit In Support Of Petition To Quash Summons; and Exhibits A; A-1; B; B-1; and C, by placing a copy in a postage paid envelope, addressed to the person hereinafter listed by depositing said envelope in the United States Mail via Certified Mail:

    **1.** Benjamin B. Wagner

       United States Attorney

       501 I Street, Suite 10-100

       Sacramento, CA 95814

       Certified Mail Article # 7011 2970 0003 0354 3692

2. Eric H. Holder, Jr.

   U.S. Attorney General

   950 Pennsylvania Avenue, NW

   Washington, DC 20530-0001

   Certified Mail Article # 7011 2970 0003 0354 3685

I declare under penalty of perjury that the foregoing is true and correct.

_____

Richard E. Kamp, Plaintiff

1095 Hilltop Drive #325

Redding, CA 96003