```
 1  Richard E Kamp
 2  1095 Hilltop Drive #325
 3  Redding, California 96003
 4  530-941-5121
 5  Pro Se Plaintiff
```

FILED

JUN 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Richard E. Kamp,

    Plaintiff,

vs.

United States,

    Respondent.

Case No: **2:13-MC-0056-TLN-CKD**

**AFFIDAVIT OF SERVICE VIA U.S. POSTAL SERVICE CERTIFIED MAIL**

**AFFIDAVIT**

I, Richard E. Kamp, the undersigned Affiant being duly sworn, depose and say the following:

**1.** On June 10, 2013, I served a true copy of Petition To Quash Summons; Memorandum In Support Of Petition To Quash Summons; Affidavit In Support Of Petition To Quash Summons; and Exhibits A; A-1; B; B-1; and C, by placing a copy in a postage paid envelope, addressed to the person listed below and by depositing said envelope in the United States Mail via Certified Mail. A true copy of the Certified Receipt is attached as Exhibit 1.

Affidavit Of Service - 1

| | |
|---|---|
| 1 | Landon Gustafson, Internal Revenue Agent |
| 2 | 850 Industrial Street, Ste. 300 |
| 3 | Redding, CA 96002 |
| 4 | Certified Mail Article # 7011 2970 0003 0354 3654 |
| 5 | 2. On June 10, 2013, I served a true copy of Petition To Quash Summons; |
| 6 | Memorandum In Support Of Petition To Quash Summons; Affidavit In Support Of Petition To |
| 7 | Quash Summons; and Exhibits A; A-1; B; B-1; and C, by placing a copy in a postage paid |
| 8 | envelope, addressed to the person listed below and by depositing said envelope in the United |
| 9 | States Mail via Certified Mail. A true copy of the Certified Receipt is attached as Exhibit 2. |
| 10 | Nicole Embury |
| 11 | Members 1st Credit Union |
| 12 | 4710 Mountain Lake Blvd. |
| 13 | Redding, CA 96003 |
| 14 | Certified Mail Article # 7011 2970 0003 0354 3661 |
| 15 | 3. On June 10, 2013, I served a true copy of Petition To Quash Summons; |
| 16 | Memorandum In Support Of Petition To Quash Summons; Affidavit In Support Of Petition To |
| 17 | Quash Summons; and Exhibits A; A-1; B; B-1; and C, by placing a copy in a postage paid |
| 18 | envelope, addressed to the person listed below and by depositing said envelope in the United |
| 19 | States Mail via Certified Mail. A true copy of the Certified Receipt is attached as Exhibit 3. |
| 20 | Wells Fargo Bank |
| 21 | MAC:Y1372-110 |
| 22 | P.O. Box 8667 |
| 23 | Philadelphia, PA 19101 |
| 24 | Certified Mail Article # 7011 2970 0003 0354 3678 |
| 25 | |

Further, Affiant says nothing.

I certify under penalty of perjury that the foregoing is true and correct.

Affiant: _____     Executed on: June 17, 2013

**JURAT**

State of California

County of Shasta

Subscribed and sworn to (or affirmed) before me on this  17  day of June, 2013, by Richard E. Kamp, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

M. BALDWIN
Commission # 1950253
Notary Public - California
Shasta County
My Comm. Expires Aug 29, 2015

_____
Notary Public Signature                                    Notary Public Seal

Attached: Exhibits 1, 2 and 3

EXHIBIT 1

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $1.72 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.82 |

Postmark — JUN 10 2013 — REDDING CA — USPS-96049

Sent To: Landon Gustafson IRJ
Street, Apt. No.; or PO Box No.: 850 Industrial St. # 300
City, State, ZIP+4: Redding, CA 96002

PS Form 3800, August 2006       See Reverse for Instructions

7011 2970 0003 0354 3654

```
REDDING CA 96002 Zone-0          $1.72
First-Class Large Env
5.00 oz.
Expected Delivery: Tue 06/11/13
   Certified                     $3.10
Label #:        70112970000303543654
                                ========
Issue PVI:                       $4.82
```

**EXHIBIT 2**

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
```

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.72 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.82 |

Postmark Here — REDDING CA — JUN 10 2013 — 06/10/2013 — USPS-96049

Sent To: Nicole Embury - Members 1st Credit
Street, Apt. No.; or PO Box No.: 4710 Mt. Lake Blvd
City, State, ZIP+4: Redding, CA 96003

PS Form 3800, August 2006    See Reverse for Instructions

7011 2970 0003 0354 3661

```
REDDING CA 96003 Zone-0
First-Class Large Env              $1.72
    4.70 oz.
Expected Delivery: Tue 06/11/13
    Certified                      $3.10
Label #:       70112970000303543661
                                 ========
Issue PVI:                         $4.82
```

**EXHIBIT 3**

