KATHRYN KENEALLY
Assistant Attorney General

RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044
Tel:    202-307-6322
Fax:   202-307-0054
Richard.A.Schwartz@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| RICHARD E. KAMP, | No. 2:13-mc-0056-TLN-CKD |
|---|---|
| Petitioner, | |
| vs. | UNITED STATES' NOTICE OF MOTION AND MOTION TO DISMISS PETITION TO QUASH SUMMONSES |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## NOTICE OF MOTION

Please take notice that counsel for the plaintiff will bring the above-captioned motion on for hearing before the Honorable Magistrate Judge Carolyn K. Delaney in Courtroom 24 of the United States' Courthouse at 501 I Street in Sacramento, California on September 18, 2013 at 10:00 a.m. or as soon thereafter as counsel may be heard.

//

//

**MOTION TO DISMISS**

The United States of America ("United States"), through undersigned, pursuant to FED. R. CIV. P. 12(b)(6), respectfully moves for entry of an Order dismissing the above-titled action because Petitioner failed to state a claim for which relief may be granted.

In support of its motion, the United States offers a Memorandum of Points and Authorities in Support of its Motion to Dismiss and the Declaration of Revenue Agent Landon Gustafson, filed herewith.

Wherefore, the United States respectfully requests that the Court enter an Order dismissing the above-titled action with prejudice, and grant the United States any other relief to which it may be entitled.

Respectfully submitted this 9th day of August, 2013,

        KATHRYN KENEALLY
        Assistant Attorney General

        /s/ Richard A. Schwartz
        RICHARD A. SCHWARTZ
        Trial Attorney, U.S. Dept. of Justice
        PO Box 683, Ben Franklin Station
        Washington, DC 20044
        Tel:  (202) 307-6322
        Fax: (202) 307-0054

        BENJAMIN B. WAGNER
        United States Attorney
        *Of Counsel*
        *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that service of the foregoing UNITED STATES' NOTICE OF MOTION AND MOTION TO DISMISS PETITION TO QUASH SUMMONSES has been made on this 9th day of August, 2013 by the Court's CM/ECF system on the following:

Richard E. Kamp
1095 Hilltop Drive #325
Redding, California 96003
*Petitioner*

/s/ Richard A. Schwartz
RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice