KATHRYN KENEALLY
Assistant Attorney General

RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044
Tel: 202-307-6322
Fax: 202-307-0054
Richard.A.Schwartz@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. KAMP,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. 2:13-mc-0056-TLN-CKD<br><br>DECLARATION OF REVENUE AGENT LANDON GUSTAFSON |

I, Landon Gustafson, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am a duly commissioned Revenue Agent employed by the Internal Revenue Service in the Small Business/Self-Employed Division, located in Redding, California

2. Under Section 7602 of the Internal Revenue Code of 1986, Title 26 U.S.C. and Treasury Regulations, Section 301.7602-1, 26 C.F.R. Subsections 301.7602-1 and 301.7603-

1(b); and IRS Delegation Order No. 25-1, Revenue Agents are authorized to issue Internal Revenue Service Administrative Summonses.

3. In my capacity as a Revenue Agent, I was at all times relevant herein assigned to conduct an examination into Richard E. Kamp's ("Petitioner") and Rebecca Kamp's federal income tax liabilities for the 2010 and 2011 tax years, including income earned through related entities that should be reflected on Petitioner's income tax returns.

4. Mr. Kamp and Mrs. Kamp did not file their 2010 and 2011 federal income tax returns.

5. Petitioner Richard E. Kamp is a life insurance salesman, and receives payments for these sales from various insurance companies, including Employees Life Company Mutual, National Guardian Life Insurance, Allianz Life Insurance Company, American Equity Investment Life Insurance Company, OM Financial Life Insurance Company, American National Insurance Company, and Great American Life Insurance Co. ("the insurance companies").

6. The insurance companies reported payments made to Mr. Kamp on Forms 1099-MISC ("Miscellaneous Income") for the 2010 and 2011 tax years.

7. Allelon Insurance Marketing, LLC also reported payments made to Mr. Kamp on Schedule K-1 (Form 1065, "Partner's Share of Income, Deductions, Credits, etc.") for the 2011 tax year.

8. During the 2010 and 2011 tax years, Rebecca Kamp was employed by Emilynk Enterprises, Inc.

9. Emilynk Enterprises, Inc. reported wages paid to Mrs. Kamp on Forms W-2 ("Wage and Tax Statement") for the 2010 and 2011 tax years.

10. Income that Mr. Kamp makes in connection with his insurance sales should be reflected on his 2010 and 2011 federal income tax returns, along with any other income earned by both Mr. Kamp and Mrs. Kamp if they file with the Married Filing Jointly status.

11. On January 25, 2013, I mailed a letter to the Kamps inquiring into their 1999 income tax liabilities. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Letters 3572 ("Notice of Audit") and 3253 ("Taxpayer Appointment Confirmation Letter"). On March 19, 2013, I mailed a letter to the Kamps inquiring into their 2010 and 2011 income tax liabilities. A true and correct copy of these letters is attached as Exhibit A.

12. Mr. Kamp refused to cooperate with my examination, and instead of providing me with requested documents and records, sent me various letters asserting that he was not subject to taxation. True and correct copy of some of these letters are attached hereto as Exhibit B.

13. During the course of my examination, I have discovered that the Kamps may own accounts at Wells Fargo Bank and Members 1st Credit Union.

14. In furtherance of my examination, and in accordance with 26 U.S.C. §§ 7602 and 7603, on May 29, 2013, I served one attested copy of an IRS administrative summons on

Members 1st Credit Union by certified mail. The summons directed Members 1st Credit Union to appear in person at 850 Industrial St., Ste. 300, Redding California at 9:00 am on June 19, 2013, or to send by U.S. Mail, certain information concerning any accounts held by or on behalf of, or for the benefit of Richard Kamp and/or Rebecca Kamp from January 1, 2010 through December 31, 2011. A true and correct copy of the summons is attached as Exhibit C.

15. In furtherance of my examination, and in accordance with 26 U.S.C. §§ 7602 and 7603, on May 29, 2013, I served one attested copy of an IRS administrative summons on Wells Fargo Bank by certified mail. The summons directed Wells Fargo Bank to appear in person at 850 Industrial St., Ste. 300, Redding California at 9:00 am on June 19, 2013, or to send by U.S. Mail, certain information concerning any accounts held by or on behalf of, or for the benefit of Richard Kamp and/or Rebecca Kamp from January 1, 2010 through December 31, 2011. A true and correct copy of the summons is attached as Exhibit D.

16. When I issued the summons to Members 1st Credit Union and Wells Fargo Bank, the Internal Revenue Service did not already possess the information or documents requested in the summons.

17. The information and documents are needed to reconstruct Petitioners' income from 2010 and 2011, which is relevant to the determination of Petitioners' correct income tax liabilities.

18. On May 29, 2013, in accordance with 26 U.S.C. § 7609(a), notice of the issuance of the summonses, copies of the summonses, and notices explaining their right to

1 | bring a proceeding to quash the summonses, was sent via certified mail to the Kamps at their
2 | last known address. A true and correct copy of the proof of service is attached as Exhibit E.
3 |    19.   As of the date of this declaration, neither Members 1st Credit Union nor Wells
4 | Fargo Bank has provided me with a response to the summons.
5 |    20.   The information requested in the summonses to Members 1st Credit Union and
6 | Wells Fargo Bank may be relevant to my examination into Petitioners' federal income tax
7 | liabilities.
8 |    21.   All administrative steps required by the Internal Revenue Code for issuance of
9 | the summons to Members 1st Credit Union and Wells Fargo Bank have been taken.
10 |    22.   No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in
11 | effect for either Richard E. Kamp or Rebecca Kamp.
13 |    I declare under penalty of perjury that the foregoing is true and correct.
14 |    Executed this 8th day of August, 2013
15 |    _____
16 |    LANDON GUSTAFSON
   Revenue Agent
   Internal Revenue Service

5

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing DECLARATION OF REVENUE AGENT LANDON GUSTAFSON has been made on this 9th day of August, 2013 by the Court's CM/ECF system on the following:

    Richard E. Kamp
    1095 Hilltop Drive #325
    Redding, California 96003
    *Petitioner*

                                            /s/ Richard A. Schwartz
                                            RICHARD A. SCHWARTZ
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice