# EXHIBIT A

Internal Revenue Service  
Small Business and Self Employed  
850 Industrial St., Ste 300  
Redding, CA 96002

Department of the Treasury

Date:  
January 25, 2013  
Taxpayer Identification Number:  
█████ 5618  
Tax Year:  
199912  
Form Number:  
1040  
Person to Contact:  
Landon Gustafson  
Employee Identification Number:  
1000668514  
Contact Telephone Number:  
530-722-1259  
Fax Number:  
855-243-3982 or 530-722-1259

Richard E & Rebecca C Kamp

Dear Richard E & Rebecca C Kamp,

Your federal income tax return for the year shown above has been selected for audit reconsideration. We examine tax returns to verify the correctness of income, deductions, exemptions, and credits.

## WHAT YOU NEED TO DO

Please call the individual listed above WITHIN 10 DAYS to schedule an appointment. Please call between the hours of 7:30 am & 4:00 pm, Monday through Friday.

## ISSUES TO BE REVIEWED DURING THE EXAMINATION

Your examination will primarily be focused on the following issues:

1. Income W-2/1099
2. Other Income
3. Contributions
4. Schedule C - Gross Receipts
5. Schedule C - Expenses
6. Schedule E - Other Expenses

## WHAT TO BRING WITH YOU TO THE EXAMINATION

Attached to this letter is an Information Document Request that lists the items on your return to be examined and the supporting items you need to provide. You should organize your records according to the issues identified above. For additional information see the enclosed Publication 1, *Your Rights as a Taxpayer,* and Notice 609, *Privacy Act Notice.*

Letter 3572 (Rev. 10-2010)  
Catalog Number 34402C

WHY THE INFORMATION DOCUMENT REQUEST IS IMPORTANT

It is important that you read and fully understand the attached Information Document Request. It lists the items you should bring with you to the appointment. To ensure an efficient examination and to save you time, please organize the requested items according to the issues identified above in this letter. If you have any questions or need additional guidance, please feel free to contact us.

WHAT TO EXPECT AT THE EXAMINATION

The examination is scheduled to last approximately 8 hours. During the examination, I will review the information you provide. My goal is to complete your examination at the initial meeting. However, depending on the results of the initial meeting and the supporting items you provide, I may ask you to provide additional information or schedule a follow-up meeting. When the examination is completed, you may owe additional tax, be due a refund, or there may be no change to your return.

A video presentation, "Your Guide to an IRS Audit", is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

WHO MAY COME TO THE EXAMINATION

If you filed a joint return, you and/or your spouse may attend. You may also have someone represent you at the examination. If you will not attend with your representative, you must provide a completed Form 2848, *Power of Attorney*, or Form 8821, *Tax Information Authorization*, by the start of the examination. You can obtain these forms from our office, from our web site, www.irs.gov, or by calling (800) 829-3676.

WHAT WILL HAPPEN IF YOU DO NOT RESPOND

If you do not respond to this letter, we will issue an examination report showing additional tax due. Therefore, it is to your advantage to call and schedule an appointment. If you are uncertain about the records needed or the examination process, we will answer your questions when you call to schedule your appointment.

Sincerely,

Landon Gustafson

Internal Revenue Agent

Enclosures:
Information Document Request
Publication 1
Notice 609

Letter 3572 (Rev. 10-2010)
Catalog Number 34402C

Page: 2

## WHY THE INFORMATION DOCUMENT REQUEST IS IMPORTANT

It is important that you read and fully understand the attached Information Document Request. It lists the items you should bring with you to the appointment. To ensure an efficient examination and to save you time, please organize the requested items according to the issues identified above in this letter. If you have any questions or need additional guidance, please feel free to contact us.

## WHAT TO EXPECT AT THE EXAMINATION

The examination is scheduled to last approximately 9 hours. During the examination, I will review the information you provide. My goal is to complete your examination at the initial meeting. However, depending on the results of the initial meeting and the supporting items you provide, I may ask you to provide additional information or schedule a follow-up meeting. When the examination is completed, you may owe additional tax, be due a refund, or there may be no change to your return.

A video presentation, "Your Guide to an IRS Audit", is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

## WHO MAY COME TO THE EXAMINATION

If you filed a joint return, you and/or your spouse may attend. You may also have someone represent you at the examination. If you will not attend with your representative, you must provide a completed Form 2848, Power of Attorney, or Form 8821, Tax Information Authorization, by the start of the examination. You can obtain these forms from our office, from our web site, www.irs.gov, or by calling (800) 829-3676.

## WHAT WILL HAPPEN IF YOU DO NOT RESPOND

If you do not respond to this letter, we will issue an examination report showing additional tax due. Therefore, it is to your advantage to call and schedule an appointment. If you are uncertain about the records needed or the examination process, we will answer your questions when you call to schedule your appointment.

Sincerely,

Larden Gustafson

Internal Revenue Agent

Enclosures:
Information Document Request
Publication 1
Notice 609

Letter 3572 (Rev. 10-2010)
Catalog Number 34628Z

Summary of Comments on Letter 3572 (Rev. 10-2010)
This page contains no comments

Internal Revenue Service
Small Business and Self Employed
850 Industrial St., Ste 300
Redding, CA 96002

Department of the Treasury

Date:
January 24, 2013

Taxpayer Identification Number:
5618

Tax Year:
199312

Form Number:
1040

Person to Contact:
Landon Gustafson

Employee Identification Number:
1000065514

Contact Telephone Number:
530-722-1259

Fax Number:
855-243-3932 or 530-722-1259

Richard E & Rebecca C Kemp

Dear Richard E & Rebecca C Kemp,

Your federal income tax return for the year shown above has been selected for audit reconsideration. We examine tax returns to verify the correctness of income, deductions, exemptions, and credits.

### WHAT YOU NEED TO DO

Please call the individual listed above WITHIN 10 DAYS to schedule an appointment. Please call between the hours of 7:30 am & 4:00 pm, Monday through Friday.

### ISSUES TO BE REVIEWED DURING THE EXAMINATION

Your examination will primarily be focused on the following issues:

1. Income W-2/1099          4. Schedule C - Gross Receipts
2. Other Income             5. Schedule C - Other Expenses
3. Contributions            6. Schedule E - Other Expenses

### WHAT TO BRING WITH YOU TO THE EXAMINATION

Attached to this letter is an Information Document Request that lists the items on your return to be examined and the supporting items you need to provide. You should organize your records according to the issues identified above. For additional information see the enclosed Publication 1, *Your Rights as a Taxpayer*, and Notice 609, *Privacy Act Notice*.

Letter 3572 (Rev. 10-2010)
Catalog Number 34402C

Internal Revenue Service
Small Business and Self-Employed

Department of the Treasury
850 Industrial St., Ste 300
Redding, CA 96002

Richard E & Rebecca C Kamp

Date:
   January 28, 2013
Taxpayer Name:
   Richard E & Rebecca C Kamp
Taxpayer Identification Number:
   5618
Tax Form:
   1040
Tax Period(s):
   199912
Person to Contact:
   Landon Gustafson
Employee Identification Number:
   1000668514
Telephone Number:
   530-722-1259
Fax Number:
   855-243-3982 or 530-722-1285

Dear Richard E & Rebecca C Kamp

This letter confirms the following appointment that we scheduled during our telephone conversation on January 28, 2013

**Appointment Information**

Location:   Internal Revenue Service
            850 Industrial St., Ste 300
            Redding, CA 96002

Date: February 6, 2013

Time: 10:30 am

**What is the Purpose of the Appointment**

The purpose of our first meeting is to understand your business operations and policies and to begin the examination process. We will discuss specific examination procedures, such as communication methods, response times and other general expectations. As we discussed, please have the items listed on the attached Form 4564, *Information Document Request*, available at our first appointment.

**Someone May Represent You**

You may have someone represent you during any part of this examination. If you want someone to represent you, please provide me with a completed Form 2848, *Power of Attorney and Declaration of Representative*, at our first appointment.

Letter 3253 (Rev 10-2010)
Catalog Number 28278E

If you prefer, you may mail or fax the form to me prior to our first appointment. You can get this form from our office, from our web site at www.irs.gov, or by calling 1-800-829-3676. If you decide that you wish to get representation after the examination has started, we will delay further examination activity until you can secure representation.

**Your Rights As A Taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer*, and Notice 609, *Privacy Act Notice*. We encourage you to read the Declaration of Taxpayer Rights found in Publication 1. This publication discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit", is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Please contact me if you have any questions you would like to discuss.

Thank you for your cooperation.

Sincerely,

Landon Gustafson
Internal Revenue Agent

Enclosure:
Form 4564
Publication 1
Notice 609

Letter 3253 (Rev 10-2010)
Catalog Number 28278E

| Internal Revenue Service | Department of the Treasury |
|---|---|
| Small Business and Self-Employed | |

850 Industrial St., Ste 300
Redding, CA 96002

**Taxpayer Identification Number:**
█████ 5618

**Tax Form:**
1040

**Tax Period Ending:**
2007    2010    2011

**Person to Contact:**
Landon Gustafson

Date: March 19, 2013

**Employee Identification Number:**
1000668514

Richard E & Rebecca C Kamp
███████████████

**Contact Telephone Number:**
530-722-1259

**Fax Number:**
855-243-3982 or 530-722-1259

Dear   Richard E & Rebecca C Kamp

We don't have a record of receiving your Federal Income Tax return(s) for the tax period(s) shown above. Possibly you filed using a name different from what we show above.

**IF YOU FILED YOUR RETURN(S)**, for the above tax period(s), please fill in the appropriate blanks below and return this form to us in the enclosed envelope. Please keep a copy of this letter for your records.

| Name(s) and address exactly as shown on return | Social security number as shown on return |
|---|---|
| Office or service center where return was filed | Spouse's social security number, if joint return |
| Your telephone number | Most convenient time to call |

Did the return show a ☐ refund or ☐ payment due IRS? If payment due IRS, please give the following information below:

| Amount of payment | Method of payment, if any<br>☐ check  ☐ money order  ☐ cash | Date of payment |
|---|---|---|

Letter 964 (DO) (Rev. 7-2000)
Catalog Number 40397C

IF YOU DID NOT FILE YOUR RETURN(S), please do so. Mail it to the address shown in the heading of this letter. Please be aware that Internal Revenue Code Section 6001 and 6011 require that each person who owes income tax files a return. If the person doesn't file, Internal Revenue Code Section 6020(b) allows the Internal Revenue Service to prepare that return from the income sources available such as W-2's from employers for wages paid and 1099's for interest, dividends, pensions and miscellaneous income paid.

To help us complete our records, please furnish your delinquent return(s) and/or the information requested on page 1 of this letter within 15 days. We've enclosed an envelope for your convenience.

If you have any questions, please contact the person whose name and number appears on the heading of this letter. The contact person can be reached Monday through Friday during the hours of 8:00 a.m. to 4:30 p.m. If this number is out of your local calling area there will be a long distance charge to you.

Thank you for your cooperation.

Sincerely,

Landon Gustafson
Internal Revenue Agent

Enclosures:
Envelope
Copy of this letter

Letter 964 (DO) (Rev. 7-2000)
Catalog Number 40397C