# EXHIBIT B

Richard E. Kamp

May 13, 2013



Landon Gustafson
Internal Revenue Service
850 Industrial St. #300
Redding, CA 96002

Re: Request for tax returns

Dear Landon:

You asked me to provide you with the questions I submitted to the IRS asking for clarification regarding the submission of tax returns. As I mentioned, I have yet to receive a response. As you have indicated that you are now in control of my file I will pose the questions to you in hope that you can assist me in this apparent dilemma. Consider this a request for the IRS to respond under Administrative Procedures Act, 5 USC 556(d) as they carry the Burden of Proof in that they are the proponent of the rule or order.

I do hope you are able to clear this matter up because I am now quite confused about whether or not I am required to file and if I am, what specific tax form (specifically applicable to me) I am required by law to file. It is not now nor has it ever been my intention to avoid paying any obligation that I may lawfully owe. I hope you can answer my questions. To date I have been ignored.

The IRS has asked me for a Form 1040 for various years. While this letter references 2011, the same exhibit information applies to any other years the IRS believes I am to file returns for.

The IRS' 2011 Form 1040 instruction booklet on pages 10-11 (Exhibit B) says Forms W-2 and 1099 income is to be reported on Form 1040.

What's confusing here is that the 2010 Edition of the IRS 6209 manual on pages 2-1 & 2-6 (see Exhibit C) says Forms W-2 & 1099 is for Tax Class 5, Estate and Gift Taxes. I did not have any Tax Class 5, Estate and Gift Taxes income for 2011. Additionally, IRS 6209 manual on page 2-5 (see Exhibit C) says Form 1040 is for reporting Tax Class 2 income. Tax class 2, pursuant to the Treasury Financial Manual Transmittal Letter No. 614 Volume 1, dated May 4, 2004 (see Exhibit D) indicates that tax class 2 applies to estimated taxes on taxable trust.

Question 1: *Based on the preceding information how are estimated taxes on a taxable trust applicable to me or any income reported to the 2011 account you maintain on me?*

Question 2: *What is the IRC statute for converting Tax Class 5 income to Tax Class 2?*

The 2011 Form 1040 Instruction Booklet at page 94 (see Exhibit E) states I am "...not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number."

1

Furthermore, my search of 26 CFR 602.101 has led me to believe that the OMB Control Number on Form 1040 is not a valid number for the information you are requesting of me. Therefore, Form 1040, is in direct violation of the Paperwork Reduction Act of 1980 as it fails to display a valid OMB Control Number because a valid number is defined by law, to be a number accompanied by statements as to whether filing the form is mandatory or voluntary and displays an EXPIRATION DATE on the Form. The Form 1040 does neither. In the PUBLIC PROTECTION portion of the Paperwork Reduction Act of 1980, Congress has clearly stated:

> *"Forms that 'require and request information of the public must display a control number, an expiration date, and indicate why the information is needed, how it will be used, and whether it is a voluntary or mandatory request.' Requests, which do not reflect a current OMB control number or fail to state why not, are 'invalid' requests and may be ignored by the public."*

**Question 3:** *How do I comply with your request for a Form 1040 without violating the more than one hundred IRS regulations that attach to the Form 1040 pursuant to OMB No. 1545-0074?* Those regulations are listed on the SF-83 filed with the Office of Management and Budget.

**Question 4:** *How do I comply to your request without breaking the law and forfeiting some of my constitutionally protected rights?*

Without your help I don't see how it is possible for me to make, sign, or submit a Form 1040 return until the IRS is able to show me how to do so without waiving any of my constitutionally protected rights. At the very least your request is asking me to give up my right to:

1. not testify against myself. **The U.S. Supreme Court** ruled in the case of *Garner v. U.S., 424 U.S. 648* that income tax returns constitute the "compelled testimony of a witness", and therefore I can't allow myself to be compelled to be a witness against myself.

2. not to be compelled to incriminate myself by having to complete or sign an income tax return, which I would not otherwise do if it weren't for compulsion as shown below being applied in violation of my rights:

    • 26 U.S.C. § 7201: Attempt to evade or defeat tax (up to $100,000 fine or imprisonment not more than 5 years along with attorney fees).

    • 26 U.S.C. §7203: Willful Failure to File (fine up to $25,000 or imprisonment for one year or both)

    • Hundreds of different penalties for late filing or underpayment, as documented in Part 20 of the Internal Revenue Manual.

    • IRS Liens and levies being imposed for nonpayment of taxes.

    • Receipt of threatening mail communications from the IRS (e.g. CP-Notices)

It appears to me that the IRS's request for a Form 1040 could very well subject the person responsible for sending me such request to Section 1203 (b) (3) (A) of the Restructuring and Reform Act.

I have received no notice of a tax liability. And the Regulations attached to the Form 1040 (pursuant to the SF-83 filed by the Secretary of the Treasury who sought an OMB number for the Form 1040) do not address any taxable activity in which I am involved in any way, manner, shape or form.

**Question 5:** *Are you willing to have the Department of Justice issue to me a grant of immunity under 18 U.S.C. §§ 6002-6003?* If so, I would be more than willing to submit any appropriate, complete, and signed income tax returns forms you request of me.

**Question 6:** *What is the lawful form I am to use for filing?*

**Question 7:** *Is there a federally enacted law that requires me to file a return as you requested?* I want to comply with federally enacted tax law that requires me to file a return. If you will provide me the federally enacted law that establishes my legal obligation to file a return for 2011, I will do so post haste. You can do so by providing me the following:

 (1) Enacted Statute in 26 USC

 (2) Implementing Regulation in 26 CFR for the statute in 26 USC and

 (3) The volume, date, and page number in the Federal Register as to the promulgation of the Implementing Regulation making the law applicable to me, an American Citizen. (See Exhibit F)

The IRS usually responds by referencing their internal regulations. However, these are not evidence of a federally enacted law. Only items 1, 2, and 3 above will establish this.

I trust that based on the IRS' stated mission "... to show or help taxpayers" I can expect help or assistance resolving the apparent irreconcilable conflict this information presents and the concerns I have. Adherence to the law is hardly a frivolous matter.

If you believe me to be in error in anything I have stated, please inform me of my misunderstanding(s). I look forward to your response and answers to my questions.

Sincerely,

Richard E. Kamp
All Rights Reserved

Enclosures:

Exhibit A - IRS Notice CP 59 (2 pages)
Exhibit B - IRS' 2011 Form 1040 Instruction Booklet, pages 10-11
Exhibit C - IRS 6209 manual pages 2-1, 2-5, 2-6
Exhibit D - Treasury Financial Manual Transmittal Letter No. 614 Volume 1, dated May 4, 2004
Exhibit E - 2011 Form 1040 Instruction Booklet, page 94
Exhibit F – Letter from Michael White, Attorney at the Federal Register (2 pages)