# EXHIBIT C



# Summons

In the matter of  Richard Kamp (▓▓▓▓▓5618) and Rebecca Kamp (▓▓▓▓-4085)
Internal Revenue Service (Division):  Small Business and Self Employed
Industry/Area (name or number):  Examination Area 7
Periods: Individual Income Tax Return Form 1040 for the calendar year ending December 31, 2010 and December 31, 2011

## The Commissioner of Internal Revenue

**To:** Members 1st Credit Union
**At:** Post Office Box 492395, Redding, California 96049

You are hereby summoned and required to appear before  Landon Gustafson
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment to summons dated May 29, 2013

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
850 Industrial Street, Suite 300, Redding, California 96002    530-722-1259

Place and time for appearance at  850 Industrial Street, Suite 300, Redding, California 96002

**IRS**  on the  19th  day of  June  , 2013  at  12:00  o'clock  p  m.
Issued under authority of the Internal Revenue Code this  29th  day of  May  , 2013

Department of the Treasury
Internal Revenue Service
www.irs.gov

_Signature of issuing officer_ — Revenue Agent (1000668514) — Title
_Signature of approving officer (if applicable)_ — Acting Manager (1000534544) — Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

**Original** — to be kept by IRS

ATTACHMENT TO FORM 2039
Members 1st Credit Union
Issued May 29, 2013

Signature cards for all accounts (checking, savings, and/or time deposits) held by or on behalf of or for the benefit of Richard Kamp ( 5618) and/or Rebecca Kamp ( 4085), which were open during the period covering January 1, 2010 through December 31, 2011.

Bank Statements for all accounts held by or on behalf of, or for the benefit of Richard Kamp and/or Rebecca Kamp in your possession, custody, or control which reflect transactions in any accounts, including Private Bank transactions, to include but not limited to checking, savings and/or time deposit accounts for the period covering January 1, 2010 through December 31, 2011. This request is for all bank accounts of Richard Kamp and/or Rebecca Kamp including but not limited to:

All deposit slips, deposited items, ATM deposits and credit memos credited to any accounts including but not limited to checking, savings, Private Bank accounts and/or time deposit accounts, held by or on behalf of, or for the benefit of Richard Kamp and/or Rebecca Kamp for the period of January 1, 2010 through December 31, 2011.

All cancelled checks, debit memos and withdrawal slips for any accounts including but not limited to checking, savings, Private Bank accounts and/or time deposit accounts held by or on behalf of, or for the benefit of Richard Kamp and/or Rebecca Kamp during the period January 1, 2010 through December 31, 2011.

All cashiers checks, certified checks or money orders purchased by or on behalf of, or for the benefit of Richard Kamp and/or Rebecca Kamp for the periods of January 1, 2010 through December 31, 2002, include offsets and copies of both sides of the instrument used to purchase the check.

***If possible, please provide all documentation requested on CD in lieu of making copies of checks, statements and/or deposit details***

Please contact the issuing officer, Landon Gustafson, immediately by telephone if you expect the cost of complying with the summons to exceed $1,000 using the statutory reimbursement rates.

In lieu of a personal appearance as stated on the summons, you may mail the summoned documents to: Internal Revenue Service
850 Industrial St., Ste 300
Redding, CA 96002

Attn: Landon Gustafson, Internal Revenue Agent



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| May 29, 2013 | 12:00pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Members 1st Credit Union Post Office Box 492395, Redding, California 96049

| Signature | Title |
|---|---|
| [signed] | Revenue Agent (1000668514) |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: May 29, 2013    Time: 12:00pm

Name of Noticee: Richard Kamp and Rebecca Kamp

Address of Noticee (if mailed): ███████

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Agent (1000668514) |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent (1000668514) |

Form 2039 (Rev. 10-2010)

TOTAL P.007