# EXHIBIT E

**Department of the Treasury**
**Internal Revenue Service**

Richard E Kamp

*[Certified Mail Receipt, PS Form 3800, addressed to Richard Kamp; article number 7008 1140 0002 8829 6947]*

Summons to
Wells Fargo
+
Members 1st

*[PS Form 3811 Domestic Return Receipt; Article Addressed to: Richard Kamp; signed/received by IRS, stamped "Internal Revenue Service RECEIVED MAY 31 2013 California Area Redding, CA SB/SE – Examination"; Date of Delivery 5/30; Article Number 7008 1140 0002 8829 6947]*

Form **12832** (7-2000)   Catalog Number 30697J   www.irs.gov   Department of the Treasury-Internal Revenue Service

**Department of the Treasury**
**Internal Revenue Service**

Rebecca C Kamp

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: *Rebecca Kamp*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7008 1140 0002 8829 7043

PS Form 3800, August 2006                    See Reverse for Instructions

---

Summons to
Wells Fargo
&
Members 1st

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Rebecca Kamp*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Mulikiz                             5/30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

*Internal Revenue Service RECEIVED MAY 31 2013 California Area Redding, CA SB/SE - Examination*

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1140 0002 8829 7043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Form **12832** (7-2000)    Catalog Number 30697J    www.irs.gov    Department of the Treasury-Internal Revenue Service