KATHRYN KENEALLY
Assistant Attorney General

RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044
Tel:   202-307-6322
Fax:   202-307-0054
Richard.A.Schwartz@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. KAMP,<br><br>    Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 2:13-mc-0056-TLN-CMK<br><br>UNITED STATES' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PETITION TO QUASH SUMMONSES |

### AMENDED NOTICE OF MOTION

The United States, by and through its undersigned counsel, hereby amends the United States' Notice of Motion and Motion to Dismiss Petition to Quash Summons pursuant to the Clerk's Notice of Docket Correction dated August 13, 2013 (Dkt. No. 10), which directed undersigned counsel for the United States to Renotice the Motion (Dkt. No. 7). Therefore, please take notice that counsel for the plaintiff will bring the above-captioned motion on for

1  hearing before the Honorable Magistrate Judge Craig M. Kellison in Courtroom 304 of the

2  Redding Federal Courthouse at 2986 Bechelli Lane in Redding, California on October 9, 2013

3  at 10:00 a.m. or as soon thereafter as counsel may be heard.

## MOTION TO DISMISS

5  The United States of America ("United States"), through undersigned, pursuant to FED.

6  R. CIV. P. 12(b)(6), respectfully moves for entry of an Order dismissing the above-titled action

7  because Petitioner failed to state a claim for which relief may be granted.

8  In support of its motion, the United States offers a Memorandum of Points and

9  Authorities in Support of its Motion to Dismiss and the Declaration of Revenue Agent Landon

10  Gustafson, filed herewith.

11  Wherefore, the United States respectfully requests that the Court enter an Order

12  dismissing the above-titled action with prejudice, and grant the United States any other relief to

13  which it may be entitled.

14  Respectfully submitted this 14th day of August, 2013,

KATHRYN KENEALLY
Assistant Attorney General
 /s/ Richard A. Schwartz
RICHARD A. SCHWARTZ
Trial Attorney, U.S. Dept. of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6322
Fax: (202) 307-0054

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

2

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that service of the foregoing UNITED STATES' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PETITION TO QUASH SUMMONSES has been made on this 14th day of August, 2013 via U.S. Mail addressed to the following:

Richard E. Kamp
1095 Hilltop Drive #325
Redding, California 96003
*Petitioner*

/s/ Richard A. Schwartz
RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice

3