

FILED

AUG 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  Richard E Kamp
2  1095 Hilltop Drive #325
   Redding, CA 96003
3  530-941-5121
4  Pro Se Plaintiff

5           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
6

7  Richard E. Kamp,                    No: 2:13-mc-0056-TLN-CKD
8          Petitioner,
                                       **AFFIDAVIT OF SERVICE**
9      vs.

10 United States,
           Respondent,
11

12                        **AFFIDAVIT**

13     I, Richard E. Kamp, the undersigned Affiant being duly sworn, depose and say the

14 following:

15     **1.** On June 10, 2013, I served a true copy of Petition To Quash Summons;

16 Memorandum In Support Of Petition To Quash Summons; Affidavit In Support Of Petition To

17 Quash Summons; and Exhibits A; A-1; B; B-1; and C, by placing a copy in a postage paid

18 envelope, addressed to the person listed below and by depositing said envelope in the United

19 States Mail via Certified Mail. A true copy of the Certified Receipt is attached as Exhibit 1.

20     Eric H. Holder, Jr.
21     U.S. Attorney General
       950 Pennsylvania Ave., NW
22     Washington, DC 20044
23     Certified Mail Article # 7011 2970 0003 0354 3685

24     **2.** On June 10, 2013, I served a true copy of Petition To Quash Summons;

25 Memorandum In Support Of Petition To Quash Summons; Affidavit In Support Of Petition To

1  Quash Summons; and Exhibits A; A-1; B; B-1; and C, by placing a copy in a postage paid
2  envelope, addressed to the person listed below and by depositing said envelope in the United
3  States Mail via Certified Mail. A true copy of the Certified Receipt is attached as Exhibit 1.

   Benjamin B. Wagner
   U.S. Attorney
   501 I Street, Suite 10-100
   Sacramento, CA 58114
   Certified Mail Article # 7011 2970 0003 0354 3692

   Further, Affiant says nothing.

   I certify under penalty of perjury that the foregoing is true and correct.

   Affiant: _____

   Richard E. Kamp

**JURAT**

State of California

County of Shasta

Subscribed and sworn to (or affirmed) before me on this 17th day of August, 2013, by Richard E. Kamp, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public Signature

JOHNATHAN CHAO
Commission # 1947077
Notary Public - California
Shasta County
My Comm. Expires Aug 6, 2015

Notary Public Seal

Attached: Exhibit 1

AFFIDAVIT OF SERVICE

**EXHIBIT 1**





AFFIDAVIT OF SERVICE

# Memo from Rick Kamp

To: Court Clerk - US District Court Eastern District of California
CC:
Date: Aug. 19, 2013
Re: **No: 2:13-mc-0056-TLN-CKD**

Comments:

> Please file the enclosed for the above referenced case. I have enclosed a postage paid return addressed envelope for the return of a filed copy.
>
> Regards,
>
> *[signature]*
>
> Rick Kamp