# Exhibit A

(14 pages)

Richard E. Kamp

May 13, 2013

Landon Gustafson
Internal Revenue Service
850 Industrial St. #300
Redding, CA 96002

# Exhibit A

Re: Request for tax returns

Dear Landon:

You asked me to provide you with the questions I submitted to the IRS asking for clarification regarding the submission of tax returns. As I mentioned, I have yet to receive a response. As you have indicated that you are now in control of my file I will pose the questions to you in hope that you can assist me in this apparent dilemma. Consider this a request for the IRS to respond under Administrative Procedures Act, 5 USC-556(d) as they carry the Burden of Proof in that they are the proponent of the rule or order.

I do hope you are able to clear this matter up because I am now quite confused about whether or not I am required to file and if I am, what specific tax form (specifically applicable to me) I am required by law to file. It is not now nor has it ever been my intention to avoid paying any obligation that I may lawfully owe. I hope you can answer my questions. To date I have been ignored.

The IRS has asked me for a Form 1040 for various years. While this letter references 2011, the same exhibit information applies to any other years the IRS believes I am to file returns for.

The IRS' 2011 Form 1040 instruction booklet on pages 10-11 (Exhibit B) says Forms W-2 and 1099 income is to be reported on Form 1040.

What's confusing here is that the 2010 Edition of the IRS 6209 manual on pages 2-1 & 2-6 (see Exhibit C) says Forms W-2 & 1099 is for Tax Class 5, Estate and Gift Taxes. I did not have any Tax Class 5, Estate and Gift Taxes income for 2011. Additionally, IRS 6209 manual on page 2-5 (see Exhibit C) says Form 1040 is for reporting Tax Class 2 income. Tax class 2, pursuant to the Treasury Financial Manual Transmittal Letter No. 614 Volume 1, dated May 4, 2004 (see Exhibit D) indicates that <u>tax class 2 applies to estimated taxes on taxable trust.</u>

**Question 1:** *Based on the preceding information how are <u>estimated taxes on a taxable trust</u> applicable to me or any income reported to the 2011 account you maintain on me?*

**Question 2:** *What is the IRC statute for converting Tax Class 5 income to Tax Class 2?*

The 2011 Form 1040 Instruction Booklet at page 94 (see Exhibit E) states I am, "...not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number."

1

Furthermore, my search of 26 CFR 602.101 has led me to believe that the OMB Control Number on Form 1040 is not a valid number for the information you are requesting of me. Therefore, Form 1040, is in direct violation of the Paperwork Reduction Act of 1980 as it fails to display a valid OMB Control Number because a valid number is defined by law, to be a number accompanied by statements as to whether filing the form is mandatory or voluntary and displays an EXPIRATION DATE on the Form. The Form 1040 does neither. In the PUBLIC PROTECTION portion of the Paperwork Reduction Act of 1980, Congress has clearly stated:

> *"Forms that 'require and request information of the public must display a control number, an expiration date, and indicate why the information is needed, how it will be used, and whether it is a voluntary or mandatory request.' Requests, which do not reflect a current OMB control number or fail to state why not, are 'invalid' requests and may be ignored by the public."*

**Question 3:** *How do I comply with your request for a Form 1040 without violating the more than one hundred IRS regulations that attach to the Form 1040 pursuant to OMB No. 1545-0074?* Those regulations are listed on the SF-83 filed with the Office of Management and Budget.

**Question 4:** *How do I comply to your request without breaking the law and forfeiting some of my constitutionally protected rights?*

Without your help I don't see how it is possible for me to make, sign, or submit a Form 1040 return until the IRS is able to show me how to do so without waiving any of my constitutionally protected rights. At the very least your request is asking me to give up my right to:

1. not testify against myself. **The U.S. Supreme Court** ruled in the case of *Garner v. U.S., 424 U.S. 648* that income tax returns constitute the "compelled testimony of a witness", and therefore I can't allow myself to be compelled to be a witness against myself.

2. not to be compelled to incriminate myself by having to complete or sign an income tax return, which I would not otherwise do if it weren't for compulsion as shown below being applied in violation of my rights:

    - 26 U.S.C. § 7201: Attempt to evade or defeat tax (up to $100,000 fine or imprisonment not more than 5 years along with attorney fees).

    - 26 U.S.C. §7203: Willful Failure to File (fine up to $25,000 or imprisonment for one year or both)

    - Hundreds of different penalties for late filing or underpayment, as documented in Part 20 of the Internal Revenue Manual.

    - IRS Liens and levies being imposed for nonpayment of taxes.

    - Receipt of threatening mail communications from the IRS (e.g. CP-Notices)

It appears to me that the IRS's request for a Form 1040 could very well subject the person responsible for sending me such request to Section 1203 (b) (3) (A) of the Restructuring and Reform Act.

I have received no notice of a tax liability. And the Regulations attached to the Form 1040 (pursuant to the SF-83 filed by the Secretary of the Treasury who sought an OMB number for the Form 1040) do not address any taxable activity in which I am involved in any way, manner, shape or form.

**Question 5:** *Are you willing to have the Department of Justice issue to me a grant of immunity under 18 U.S.C. §§ 6002-6003?* If so, I would be more than willing to submit any appropriate, complete, and signed income tax returns forms you request of me.

**Question 6:** *What is the lawful form I am to use for filing?*

**Question 7:** *Is there a federally enacted law that requires me to file a return as you requested?* I want to comply with federally enacted tax law that requires me to file a return. If you will provide me the federally enacted law that establishes my legal obligation to file a return for 2011, I will do so post haste. You can do so by providing me the following:

    (1) Enacted Statute in 26 USC

    (2) Implementing Regulation in 26 CFR for the statute in 26 USC and

    (3) The volume, date, and page number in the Federal Register as to the promulgation of the Implementing Regulation making the law applicable to me, an American Citizen. (See Exhibit F)

The IRS usually responds by referencing their internal regulations. However, these are not evidence of a federally enacted law. Only items 1, 2, and 3 above will establish this.

I trust that based on the IRS' stated mission "... to show or help taxpayers" I can expect help or assistance resolving the apparent irreconcilable conflict this information presents and the concerns I have. Adherence to the law is hardly a frivolous matter.

If you believe me to be in error in anything I have stated, please inform me of my misunderstanding(s). I look forward to your response and answers to my questions.

                                      Sincerely,

                                        Richard E. Kamp
                                        All Rights Reserved

Enclosures:

Exhibit A - IRS Notice CP 59 (2 pages)
Exhibit B - IRS' 2011 Form 1040 Instruction Booklet, pages 10-11
Exhibit C - IRS 6209 manual pages 2-1, 2-5, 2-6
Exhibit D - Treasury Financial Manual Transmittal Letter No. 614 Volume 1, dated May 4, 2004
Exhibit E - 2011 Form 1040 Instruction Booklet, page 94
Exhibit F – Letter from Michael White, Attorney at the Federal Register (2 pages)

3



Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0023

| Notice | CP59 |
|---|---|
| Tax Year | 2011 |
| Notice date | December 31, 2012 |
| Social Security number | XXX-XX-5618 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 534493 |
| Select code | 52 |
| Page 1 of 4 | |



166937.280634.0616.013 1 AT 0.374 864



RICHARD E KAMP

166937



EXHIBIT A

page 1

Message about your 2011 Form 1040
# You didn't file a Form 1040 tax return

Our records show that you haven't filed your tax return for the tax year ending on December 31, 2011.

## What you need to do immediately

**If you are required to file a tax return for 2011, please do so immediately.**

- Complete and sign all required tax forms, include a payment for any taxes due, and mail us your return using the envelope provided.
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov and search for keyword "tax payment options" for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-8374 to discuss your options.

- If you are owed a refund, you must file a return by , or 2 years from the date the tax was paid, whichever is later.

**Or if you don't think you had to file a tax return for 2011**

Complete the Response form on Page 3 to indicate whether any of the circumstances below apply to you. Send us the form in the enclosed envelope.
Indicate whether:

- You already filed a tax return for 2011 (if so, send us a signed and dated copy of the return along with your Response form).
- You don't think you are required to file for one of the reasons listed on Page 3.

Continued on back...



Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0023

| Notice | CP59 |
|---|---|
| Tax Year | 2011 |
| Notice date | December 31, 2012 |
| Social Security number | XXX-XX-5618 |
| Select code | 52 |
| Page 3 of 4 | |

EXHIBIT A
page 2



INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0023

166937



Fold Here

# Response form

Complete both sides of this form and send it to us in the enclosed envelope. Be sure our address shows through the window.

**Provide your contact information**

If your address has changed, please make the changes below.

RICHARD E KAMP

Primary phone | Best time to call | ☐ a.m. ☐ p.m. | Secondary phone | Best time to call | ☐ a.m. ☐ p.m.

### 1. Indicate whether any of the following circumstances apply to you

| | |
|---|---|
| **If you already filed a tax return** | ☐ I already filed my tax return for 2011, and I am enclosing a signed and dated copy of the return as verification.<br><br>Name(s) shown on return<br><br>Form(s) filed<br><br>Tax return year(s)    Tax return date(s) |
| **If the person addressed on this notice is deceased** | Date of death<br><br>☐ I already filed a Form 1041, Income Tax Return for Estates and Trusts, instead of a Form 1040.<br><br>Name shown on tax return<br><br>Employer Identification number (EIN) listed on Form 1041<br><br>Tax return year(s) |

Continued on back...

## Where To Report Certain Items From 2012 Forms W-2, 1097, 1098, and 1099

**e-file** IRS *e-file* takes the guesswork out of preparing your return. You may also be eligible to use Free File to file your federal income tax return. Visit www.irs.gov/efile for details.

If any federal income tax withheld is shown on these forms, include the tax withheld on Form 1040, line 62. If any state or local income tax withheld is shown on these forms and you deduct state and local income taxes on Schedule A, line 5, include the tax withheld in your deduction on that line.

| Form | Item and Box in Which It Should Appear | Where To Report |
|---|---|---|
| W-2 | Wages, tips, other compensation (box 1) | Form 1040, line 7 |
|  | Allocated tips (box 8) | See *Wages, Salaries, Tips, etc.* |
|  | Dependent care benefits (box 10) | Form 2441, Part III |
|  | Adoption benefits (box 12, code T) | Form 8839, line 16 |
|  | Employer contributions to an Archer MSA (box 12, code R) | Form 8853, line 1 |
|  | Employer contributions to a health savings account (box 12, code W) | Form 8889, line 9 |
|  | Uncollected social security and Medicare or RRTA tax (box 12, code A, B, M, or N) | See the instructions for Form 1040, line 60 |
| W-2G | Gambling winnings (box 1) | Form 1040, line 21 (Schedule C or C-EZ for professional gamblers) |
| 1097-BTC | Bond tax credit | See Form 8912 and its instructions |
| 1098 | Mortgage interest (box 1) Points (box 2) | Schedule A, line 10, but first see the instructions on Form 1098* |
|  | Refund of overpaid interest (box 3) | Form 1040, line 21, but first see the instructions on Form 1098* |
|  | Mortgage insurance premiums | See the instructions for Schedule A, line 13* |
| 1098-C | Contributions of motor vehicles, boats, and airplanes | Schedule A, line 17 |
| 1098-E | Student loan interest (box 1) | See the instructions for Form 1040, line 33* |
| 1098-MA | Homeowner mortgage payments (box 3) | Schedule A, but first see the instructions on Form 1098-MA |
| 1098-T | Qualified tuition and related expenses (box 1) | See the instructions for Form 1040, line 34, or Form 1040, line 49; but first see the instructions on Form 1098-T* |
| 1099-A | Acquisition or abandonment of secured property | See Pub. 4681 |
| 1099-B | Sales price of stocks, bonds, etc. (box 2a), cost or other basis (box 3), and wash sale loss disallowed (box 5) | Form 8949, but first see the Instructions for Form 8949 |
|  | Bartering (box 7) | See Pub. 525 |
|  | Aggregate profit or (loss) on contracts (box 12) | Form 6781, line 1 |
| 1099-C | Canceled debt (box 2) | See Pub. 4681 |
| 1099-DIV | Total ordinary dividends (box 1a) | Form 1040, line 9a |
|  | Qualified dividends (box 1b) | See the instructions for Form 1040, line 9b |
|  | Total capital gain distributions (box 2a) | Form 1040, line 13, or, if required, Schedule D, line 13 |
|  | Unrecaptured section 1250 gain (box 2b) | See the instructions for Schedule D, line 19 |
|  | Section 1202 gain (box 2c) | See *Exclusion of Gain on Qualified Small Business (QSB) Stock* in the instructions for Schedule D |
|  | Collectibles (28%) gain (box 2d) | See the instructions for Schedule D, line 18 |
|  | Nondividend distributions (box 3) | See the instructions for Form 1040, line 9a |
|  | Investment expenses (box 5) | Schedule A, line 23 |
|  | Foreign tax paid (box 6) | Form 1040, line 47, or Schedule A, line 8; but first see the instructions for line 47 |
|  | Exempt-interest dividends (box 10) | Form 1040, line 8b |
|  | Specified private activity bond interest dividends (box 11) | Form 6251, line 12 |

*If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.

| Form | Item and Box in Which It Should Appear | Where To Report |
|---|---|---|
| 1099-G | Unemployment compensation (box 1) | See the instructions for Form 1040, line 19 |
| | State or local income tax refunds, credits, or offsets (box 2) | See the instructions for Form 1040, line 10, and if box 8 on Form 1099-G is checked, see the box 8 instructions |
| | ATAA/RTAA payments (box 5) | Form 1040, line 21 |
| | Taxable grants (box 6) | Form 1040, line 21* |
| | Agriculture payments (box 7) | See the Instructions for Schedule F or Pub. 225* |
| | Market gain (box 9) | See the Instructions for Schedule F |
| 1099-INT | Interest income (box 1) | See the instructions for Form 1040, line 8a |
| | Early withdrawal penalty (box 2) | Form 1040, line 30 |
| | Interest on U.S. savings bonds and Treasury obligations (box 3) | See the instructions for Form 1040, line 8a |
| | Investment expenses (box 5) | Schedule A, line 23 |
| | Foreign tax paid (box 6) | Form 1040, line 47, or Schedule A, line 8; but first see the instructions for line 47 |
| | Tax-exempt interest (box 8) | Form 1040, line 8b |
| | Specified private activity bond interest (box 9) | Form 6251, line 12 |
| 1099-K | Payment card and third party network transactions | Schedule C, C-EZ, E, or F |
| 1099-LTC | Long-term care and accelerated death benefits | See Pub. 525 and the Instructions for Form 8853 |
| 1099-MISC | Rents (box 1) | See the Instructions for Schedule E* |
| | Royalties (box 2) | See the Instructions for Schedule E* (for timber, coal, and iron ore royalties, see Pub. 544)* |
| | Other income (box 3) | Form 1040, line 21* |
| | Nonemployee compensation (box 7) | Schedule C, C-EZ, or F; but if you were not self-employed, see the instructions on Form 1099-MISC |
| | Excess golden parachute payments (box 13) | See the instructions for Form 1040, line 60. |
| | Other (boxes 5, 6, 8, 9, 10, 14, and 15b) | See the instructions on Form 1099-MISC |
| 1099-OID | Original issue discount (box 1) Other periodic interest (box 2) | See the instructions on Form 1099-OID |
| | Early withdrawal penalty (box 3) | Form 1040, line 30 |
| | Original issue discount on U.S. Treasury obligations (box 6) | See the instructions on Form 1099-OID |
| | Investment expenses (box 7) | Schedule A, line 23 |
| 1099-PATR | Patronage dividends and other distributions from a cooperative (boxes 1, 2, 3, and 5) | Schedule C, C-EZ, or F or Form 4835; but first see the instructions on Form 1099-PATR |
| | Domestic production activities deduction (box 6) | Form 8903, line 23 |
| | Credits and other deductions (boxes 7, 8, and 10) | See the instructions on Form 1099-PATR |
| | Patron's AMT adjustment (box 9) | Form 6251, line 27 |
| 1099-Q | Qualified education program payments | See the instructions for Form 1040, line 21 |
| 1099-R | Distributions from IRAs** | See the instructions for Form 1040, lines 15a and 15b |
| | Distributions from pensions, annuities, etc. | See the instructions for Form 1040, lines 16a and 16b |
| | Capital gain (box 3) | See the instructions on Form 1099-R |
| 1099-S | Gross proceeds from real estate transactions (box 2) | Form 4797, Form 6252, Form 8824, or Form 8949 |
| | Buyer's part of real estate tax (box 5) | See the instructions for Schedule A, line 6* |
| 1099-SA | Distributions from health savings accounts (HSAs) | Form 8889, line 14a |
| | Distributions from MSAs*** | Form 8853 |

*If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.

**This includes distributions from Roth, SEP, and SIMPLE IRAs.

***This includes distributions from Archer and Medicare Advantage MSAs.

# Section 2. Tax Returns and Forms

## 1   Nature of Changes

| Description | Page No. |
|---|---|
| Subsections 2 & 4 Updated | Various |

## 2   List of Returns and Forms

Following is a list of tax returns and forms showing File Source, Tax Class, Master File Tax Account Codes, and Document Codes. *Non-Masterfile. Please refer to IRM 3.12.21-4 for a list of forms sorted by MFT code.

B–BMF    E–EPMF    I–IMF    N–NMF

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| CP 2000 | Proposed Changes to Income or Withholding Tax | I | 2 | 30 | 54 |
| CT-1 | Employer's Annual Railroad Retirement and Unemployment Return | B/N | 7,6 | 09,*71 | 11 |
| CT-2 | Employee Representatives Quarterly Railroad Retirement Tax Return | N | 6 | *72 | 02 |
| CTR | Currency Transaction | B | 5 | | 15,16, 89 |
| SS-4 | Application for Employer Tax Identification Number | E/B | 0,9 | | 04 |
| SS-10 | Consent to Extend the Time to Assess Employment Taxes | | | | |
| SS-16 | Certificate of Election of Coverage Under the Federal Insurance Contributions Act | | | | |
| SSA-1099 | Social Security Benefit Statement | | 5 | | 82 |
| TYD-14 | Taxpayer Delinquency Investigation | I/B | 2,6,9 | | 14 |
| TY-15 | Unidentified and Excess Collection Voucher | | 1,2,3,4,5,6,7,8 | | 48 |
| TY-18 | Statement of Payment Due | 2 | 17 | | |
| TY-26 | Statement of Tax Due IRS | | 1,2,3,4,5,6,7,8 | | 17 |
| TYD-69 | Taxpayer Delinquent Account | N | 6 | | 17,18 |
| W-2 | Wage and Tax Statement | B | 5 | 88 | 11, 12, 21, 37, 38, 39, 40 44 |
| W-2C | Statement of Corrected Income and Tax Amounts | B | 5 | 88 | |
| W-2CM | Commonwealth of the Northern Mariana Islands Wage and Tax Statement | B | 5 | 88 | |
| W-2GU | Guam Wage and Tax Statement | B | 5 | 88 | |
| W2-G | Certain Gambling Winnings | B | 5 | 88 | 32 |
| W-2VI | US Virgin Islands Wage and Tax Statement | B | 5 | 88 | |
| W-3 | Transmittal of Income and Tax Statements | B | 5 | 88 | 37, 38, 39, 40 Any |
| W-3 | Transmittal of Income and Tax Statements | B | 1 | 88 | |
| W-3(PR) | Transmittal of Income and Tax Statements (Puerto Rico) | B | | 88 | |

Any line marked with # is for official use only

2-5

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| 1025 | No Application (Dummy Form Number) - IRC Sections 501(c)(01),(11),(14),(16),(18),(21),(22),(24), and 501(d) or 494(a) | | | | |
| 1026 | Group Exemption - EDS Only - Any IRC Section | | | | |
| 1028 | Application for Recognition of Exemption Under Section 501(a) or for Determination Under Section 120 | | | | |
| 1040 | U.S. Individual Income Tax Return | I/N | 2,*6 | 30,*20 | 11,12, 21, 22 |
| 1040A | U.S. Individual Income Tax Return | I | 2 | 30 | 09,10 |
| 1040C | U.S. Departing Alien Income Tax Return | I | 2 | 30 | 61 |
| 1040ES | U.S. Declaration of Estimated Income Tax for Individuals | I | 2 | 30 | 20 |
| 1040EZ | U.S. Individual Income Tax Return | I | 2 | 30 | 07, 08 |
| 1040EZ-TEL | US Individual Income Tax Return - Telefile | I | 2 | 30 | 28 |
| 1040 MeF | U.S. Individual Income Tax Return | I | 2 | 30 | 11,21 |
| 1040 MeF International | U.S. Individual Income Tax Return | I | 2 | 30 | 05 |
| 1040NR | U.S. Non-resident Alien Income Tax Return (PSC only) | I/N | 2,*6 | 30,*20, *21 | 72,73 |
| 1040NR-EZ | US Non-resident Alien Income Tax Return (PSC only) | I | 2 | 30 | 73 |
| 1040PC | U.S. Individual Income Tax Return (Personal Computer) | I | 2 | 30 | 05,06 |
| 1040PR | U.S. Self-Employment Tax Return-Puerto Rico (PSC only) | I/N | 2,*6 | 30,*22 | 27 |
| 1040SS | U.S. Self-Employment Tax Return-Virgin Islands, Guam, American Samoa (PSC only) | I | 2 | 30 | 26 |
| 1040V | Payment Voucher | I | 2 | 30 | 70 |
| 1040 VITA/TCE OVRPRT | US Individual Income Tax return (VITA/TCE Overprint) | | | 20 | |
| 1040X | Amended U.S. Individual Income Tax Return | I | 2 | 30 | 11,54 |
| 1041 | U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B/N | 2,*6 | 05,*21 | 44 |
| 1041 | Magnetic Media U.S. Fiduciary Income Tax Return (for Estates and Trusts) | B | 2 | 05 | 36 |
| 1041-A | U.S. Information Return–Trust Accumulation of Charitable Amounts | B/N | 4,*6 | 36 | 81 |
| 1041ES | Payment Voucher, Estimated Tax | B | 2 | 05 | 17 |
| 1041ES | Payment Voucher, Estimated Tax, Lockbox Processing | B | 2 | 05 | 19 |
| 1041-K1 | Beneficiary's Share of Income, Credits, Deductions, Etc. | | 5 | | 66 |
| 1041-N | U.S. Income Tax Return for Electing Alaska Native Settlement Trusts | B | 2 | 05 | 39 |
| 1041PF | (See Form 5227) | | | | |
| 1041QFT | Qualified Funeral Trust | B | 2 | 05 | 39 |
| 1042 | Annual Withholding Tax Return for US Source Income of Foreign Persons | B/N | 1,*6 | 12 | 25 |
| 1042-S | Foreign Persons US Source Income subject to | N | 5 | 12 | 02 |

Any line marked with # is for official use only

Case 2:13-mc-00056-TLN-CMK   Document 13-1   Filed 09/12/13   Page 11 of 19

EXHIBIT
page 3

2-6

| Form No. | Title | File Source | Tax Class | MFT Code | Doc. Code |
|---|---|---|---|---|---|
| | Withholding | | | | |
| 1042-T | Annual Summary and Transmittal of Forms 1042-S | N | 5 | 88 | 01 |
| 1045 | Application for Tentative Refund | | | | |
| 1065 | U.S. Return of Partnership Income (Publicly Traded Partnerships) | B/N | 2,*6 | 06,*35 | 65, 67 |
| 1065 MeF | U.S. Return of Partnership Income (Publicly Traded Partnerships) | B/N | 2 | 06 | 67,69 |
| 1065-B | US. Return of Income for Electing Large Partnerships | B/N | 2 | 06 | 68 |
| 1065-B MeF | U.S. Return of Income for Electing Large Partnerships | B/N | 2 | 06 | 68 |
| 1065-B K1 | Partners Share of Income (Loss) From an Electing Partnership | | 5 | | 22 |
| 1065-K1 | Partners Share of Income, Credits, Deductions, Etc. | | 5 | | 67 |
| 1065-K1 MeF | Partners Share of Income, Credits, Deductions, Etc. | | 5 | | 20 |
| 1066 | Real Estate Mortgage Investment Conduit Income Tax Return | B/N | 3,*6 | 07 | 60 |
| 1066 SCH Q | Quarterly Notice to Residual Interest Holder of REMIC Taxable Income or Net Loss Allocation | B | 3 | 07 | 60 |
| 1078 | Certificate of Alien Claiming Residence in the United States | | | | |
| 1096 | Annual Summary and Transmittal of US Information Returns | I/B | 5 | 88 | 69 |
| 1098 | Mortgage Interest Statement | | 5 | | 81 |
| 1098C | C (Contributions of Motor Vehicles, Boats and Airplanes) | | | | |
| 1098E | Student Loan Interest Statement | | 5 | | 84 |
| 1098T | Tuition Statement | | 5 | | 83 |
| 1099-A | Acquisition or Abandonment of Secured Property | | 5 | | 80 |
| 1099-B | Proceeds From Real Estate Broker and Barter Exchange Transactions. | | 5 | | 79 |
| 1099-C | Cancellation of Debt | | 5 | | 85 |
| 1099-CAP | Changes in Corporate Control and Capital Structure | | 5 | | 73 |
| 1099-DIV | Dividends and Distributions | | 5 | | 91 |
| 1099-G | Certain Government Payments | | 5 | | 86 |
| 1099-H | Health Coverage Tax Credit (HCTC) Advance Payments | | 5 | | 71 |
| 1099-INT | Interest Income | | 5 | | 92 |
| 1099-LTC | Long term care and accelerated death benefits | | 5 | | 93 |
| 1099-MISC | Miscellaneous Income | | 5 | | 95 |
| 1099-SA | Distributions from an HSA, Archer Medical Savings Account (MSA), or Medicare + Choice MSA | | 5 | | 94 |
| 1099-OID | Original Issue Discount | | 5 | | 96 |
| 1099-PATR | Taxable Distributions Received from Cooperatives | | 5 | | 97 |
| 1099-Q | Payments from Qualified Education Programs (Under Sections 529 and 530) | | 5 | | 31 |
| 1099-R | Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRA's, Insurance Contracts, etc. | B | 5 | 88 | 98 |
| 1099-S | Proceeds from Real Estate Transactions | | 5 | | 75 |

Any line marked with # is for official use only

2-3500 APPENDIX 1 VOL. 1

## IRS Transmittal Line Item Descriptions

**Item**

| | |
|---|---|
| Date: | Enter the workday the transmittal is prepared (MMDDYYYY). |
| Service Center: | Enter the name of the reporting IRS Service Center (Cincinnati). |
| FRB (CASH TRACK) Identifier: | Enter the #081 representing FRB St. Louis. |
| Batch Date: | Enter the deposit date (Batch Date) as reported by the FRB (MMDDYYYY). |
| | The date normally will be 3 business days prior to the preparation date. There may be two sets of numbers for credits and debits. The SF 215 Regular Deposit Ticket or SF 5515 Regular Debit Voucher amount represents the original confirmed deposit tickets or debit vouchers received. The Adjustment Deposit Ticket or Adjustment Debit Voucher amount represents deposits or debits confirmed after the initial receipt but within the 3 days before it is due to Treasury. If there is no reporting, enter $0.00. |
| | If a confirmed deposit ticket or debit voucher is received late (after the transmittal is sent to Treasury) specify in the left margin of the transmittal to which prior date it relates. Indicate if it is a Deposit Ticket or Debit Voucher and the amount. |
| CLASS 1 | Report the amount of withheld and Federal Insurance Contributions Act taxes.[1] |
| CLASS 2 | Report the amount of estimated taxes on taxable trusts.[1] |
| CLASS 3 | Report the amount of corporate taxes.[1] |
| CLASS 4 | Report the amount of excise taxes.[1] |
| CLASS 7 | Report the amount of Railroad Retirement taxes.[1] |
| CLASS 8 | Report the amount of Federal Unemployment Tax Act (FUTA) taxes.[1] |
| 20F3820 | Report the amount of taxes that are reported and confirmed but have not been classified. |
| 20X6879 | Report the amount of taxes that are reported but have not been confirmed or classified. |
| 20F3820 | Cum: Report the cumulative balance in the unclassified confirmed account. |
| 20X6879 | Cum: Report the cumulative balance in the unclassified and unconfirmed account. |

---

[1] Enter 0.00 next to classification items having no activity.

## Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and the Paperwork Reduction Act of 1980 require that when we ask you for information we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.

This notice applies to all papers you file with us, including this tax return. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a), and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 requires you to provide your identifying number on the return. This is so we know who you are, and can process your return and other papers. You must fill in all parts of the tax form that apply to you. But you do not have to check the boxes for the Presidential Election Campaign Fund or for the third-party designee. You also do not have to provide your daytime phone number.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

We ask for tax return information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax.

If you do not file a return, do not provide the information we ask for, or provide fraudulent information, you may be charged penalties and be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice to enforce the tax laws, both civil and criminal, and to cities, states, the District of Columbia, and U.S. commonwealths or possessions to carry out their tax laws. We may disclose your tax information to the Department of Treasury and contractors for tax administration purposes; and to other persons as necessary to obtain information needed to determine the amount of or to collect the tax you owe. We may disclose your tax information to the Comptroller General of the United States to permit the Comptroller General to review the Internal Revenue Service. We may disclose your tax information to committees of Congress; federal, state, and local child support agencies; and to other federal agencies for the purposes of determining entitlement for benefits or the eligibility for and the repayment of loans. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

Please keep this notice with your records. It may help you if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

### We Welcome Comments on Forms

We try to create forms and instructions that can be easily understood. Often this is difficult to do because our tax laws are very complex. For some people with income mostly from wages, filling in the forms is easy. For others who have businesses, pensions, stocks, rental income, or other investments, it is more difficult.

If you have suggestions for making these forms simpler, we would be happy to hear from you. You can email us at taxforms@irs.gov. Please put "Forms Comment" on the subject line. You can also send us comments from www.irs.gov/formspubs/. Select "Comment on Tax Forms and Publications" under "Information About." Or you can write to Internal Revenue Service, Individual and Specialty Forms and Publications Branch, SE:W:CAR:MP:T:I, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send your return to this address. Instead, see the addresses at the end of these instructions.

Although we cannot respond individually to each comment received, we do appreciate your feedback and will consider your comments as we revise our tax forms and instructions.

EXHIBIT F
page 1

# National Archives

Washington, DC 20408

May 16, 1994

Richard Durjak
5506 West 22nd Place
Cicero, IL 60650

Dear Mr. Durjak:

The Director of the Federal Register has asked me to respond to your inquiry. You have asked whether Internal Revenue Service provisions codified at 26 U.S.C 6020, 6201, 6203, 6301, 6303, 6321, 6331 through 6343, 6601, 6602, 6651, 6701, and 7207 have been processed or included in 26 CFR part 1.

The parallel Table of Authorities and Rules, a finding aid compiled and published by the Office of the Federal Register (OFR) as a part of the CFR Index, indicates that implementing regulations for the sections cited above have been published in various parts of title 27 of the **Code of Federal Regulations** (CFR). **There are no corresponding entries for title 26.**

However, the Parallel Table is only an extract of authority citations from the CFR data base and cannot be considered a comprehensive key to the statutory basis for all regulations. An agency may have additional authority for regulations that are not listed separately in authority citations, or is carried within the text of CFR sections. Citations in regulatory text generally do not appear as entries in the Parallel Table.

Since there are 12 volumes that make up part 1 of title 26 of the CFR, it would require extensive research to answer your question with certainty. Commercial computer based services are better equipped to perform this type of research. In any case, the OFR has neither the resources nor the authority to perform the research requested, since to do so would require us to make substantive interpretations as to whether certain tax statutes have any association with the specified set of regulations (see 1 CFR 3.1 enclosed).

Your second question refers to IRS procedures for incorporating material by reference in the **Federal Register**. The incorporation by reference process is narrowly defined by the provisions of 5 U.S.C 552 (a) and 1 CFR Part 51. Our records indicate that the Internal Revenue Service has not incorporated by reference in the Federal Register (as that term is defined in the Federal Register system) a requirement to make an income tax return.

I hope this information will be useful to you.

Sincerely,

Michael L. White

Michael L. White
Attorney
Office of the Federal Register

Enclosure

See attached for
USC Titles for these
references.

## References for USC Titles in Michael White letter apply to
## Title 27 – Alcohol, Tobacco & Firearms – NOT INCOME TAX!

26 USC § 6020 - Returns prepared for or executed by Secretary

26 USC § 6201 - Assessment authority

26 USC § 6203 - Method of assessment

26 USC § 6301 - Collection authority

26 USC § 6303 - Notice and demand for tax

26 USC § 6321 - Lien for taxes

26 USC 6331 through 6343

    26 USC § 6331 - Levy and distraint

    26 USC § 6332 - Surrender of property subject to levy

    26 USC § 6333 - Production of books

    26 USC § 6334 - Property exempt from levy

    26 USC § 6335 - Sale of seized property

    26 USC § 6336 - Sale of perishable goods

    26 USC § 6337 - Redemption of property

    26 USC § 6338 - Certificate of sale; deed of real property

    26 USC § 6339 - Legal effect of certificate of sale of personal property and deed of real property

    26 USC § 6340 - Records of sale

    26 USC § 6341 - Expense of levy and sale

    26 USC § 6342 - Application of proceeds of levy

    26 USC § 6343 - Authority to release levy and return property

26 USC § 6601 - Interest on underpayment, nonpayment, or extensions of time for payment, of tax

26 USC § 6602 - Interest on erroneous refund recoverable by suit

26 USC § 6651 - Failure to file tax return or to pay tax

26 USC § 6701 - Penalties for aiding and abetting understatement of tax liability

26 USC § 7207 - Fraudulent returns, statements, or other documents

EXHIBIT F
pg. 2

# Exhibit B

(2 pages)

Issued in Washington, DC, on October 3, 1995.

**Ida Klepper,**
*Acting Executive Director, Aviation Rulemaking Advisory Committee.*
[FR Doc. 95–25053 Filed 10–6–95; 8:45 am]
BILLING CODE 4910–13–M

---

## DEPARTMENT OF THE TREASURY

[Treasury Order Number 150–01]

### Regional and District Offices of the Internal Revenue Service

Dated: September 28, 1995.

Under the authority given to the President to establish and alter internal revenue districts by Section 7621 of the Internal Revenue Code of 1986, as amended, and vested in the Secretary of the Treasury by Executive Order 10289 (approved September 17, 1951, as amended) as made applicable to Section 7621 of the Internal Revenue Code of 1986, as amended (as previously contained in the Internal Revenue Code of 1954) by Executive Order 10574 (approved November 5, 1954); under the authority vested in the Secretary of the Treasury by 31 U.S.C. 321 (a), (b) and Reorganization Plan No. 1 of 1952 as made applicable to the Internal Revenue Code of 1986, as amended, by Section 7804(a) of such Code; and under the authority vested in the Secretary of the Treasury by Sections 7801(a) and 7803 of the Internal Revenue Code of 1986, as amended; the following internal revenue districts and regions are established or continued as described in this Order. When fully implemented, this Order establishes fewer internal revenue regions and districts than designated in previous Orders.

1. *Regions.* Four regions are established which shall be identified as Northeast Region, headquartered at New York, New York; Southeast Region, headquartered at Atlanta, Georgia; Midstates Region, headquartered at Dallas, Texas; and Western Region, headquartered at San Francisco, California. The head of each regional office shall bear the title "Regional Commissioner" identified by the region name. The geographic areas and internal revenue districts within each region are shown in the Attachment to this Order.

2. *Districts.* Thirty-three districts are established. Each shall be known as an internal revenue district and shall be identified by the names listed in the Attachment. The head of each district office shall be titled "Director" identified by the district name as specified in the Attachment. The geographic areas within each district are shown in the Attachment.

3. *U.S. Territories and Insular Possessions.* The Commissioner of Internal Revenue shall, to the extent of authority vested in the Commissioner, provide for the administration of the United States internal revenue laws in the U.S. territories and insular possessions and other areas of the world.

4. *Implementation.* The district and regional organization described above shall be implemented on dates determined by the Commissioner of Internal Revenue. Until such dates, the existing offices are authorized to continue. Effective immediately, the Commissioner is authorized to effect such transfers of functions, personnel, positions, equipment and funds as may be necessary to implement the provisions of this Order.

5. *Other Offices.* This Order affects only the regional and district offices subject to this Order and does not affect service centers or other offices in existence within the Internal Revenue Service.

6. *Effect On Prior Treasury Orders.* a. TO 150–01, "Designation of Internal Revenue Districts," dated October 27, 1987, is superseded.
b. TO 150–03, "Designation of Internal Revenue Regions and Regional Service Centers," dated January 24, 1986, is superseded.

**Robert E. Rubin,**
*Secretary of the Treasury.*
[FR Doc. 95–24987 Filed 10–6–95; 8:45 am]
BILLING CODE 4810–25–P

REGIONAL AND DISTRICT OFFICES OF THE INTERNAL REVENUE SERVICE

| District name | Headquarters | Area covered |
|---|---|---|
| Southeast Region | Atlanta, Georgia | Alabama, Delaware, the District of Columbia, Florida, Georgia, Indiana, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Virginia, West Virginia. |
| North Florida District | Jacksonville, Florida | Florida counties: Alachua, Baker, Bay, Bradford, Brevard, Calhoun, Citrus, Clay, Columbia, Dixie, Duval, Escambia, Flagler, Franklin, Gadsden, Gilchrist, Gulf, Hamilton, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lafayette, Lake, Leon, Levy, Liberty, Madison, Marion, Nassau, Okaloosa, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Seminole, St. Johns, Sumter, Suwannee, Taylor, Union, Volusia, Wakulla, Walton and Washington. |
| South Florida District | Fort Lauderdale, Florida. | Florida counties: Broward, Charlotte, Collier, Dade, DeSoto, Glades, Hardee, Hendry, Highlands, Indian River, Lee, Manatee, Martin, Monroe, Okeechobee, Palm Beach, Sarasota and St. Lucie. |
| Georgia District | Atlanta, Georgia | Georgia. |
| Indiana District | Indianapolis, Indiana | Indiana. |
| Gulf Coast District | New Orleans, Louisiana. | Louisiana, Mississippi and Alabama. |
| Delaware-Maryland District. | Baltimore, Maryland | Delaware, Maryland and the District of Columbia. |
| North-South Carolina District. | Greensboro, North Carolina. | North Carolina and South Carolina. |
| Kentucky-Tennessee District. | Nashville, Tennessee | Kentucky and Tennessee. |
| Virginia-West Virginia District. | Richmond, Virginia | Virginia and West Virginia. |
| Northeast Region | New York, New York | Connecticut, Maine, Massachusetts, Michigan, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island and Vermont. |
| Connecticut-Rhode Island District. | Hartford, Connecticut | Connecticut and Rhode Island. |
| Ohio District | Cincinnati, Ohio | Ohio. |
| Michigan District | Detroit, Michigan | Michigan. |
| New England District | Boston, Massachusetts | Maine, Massachusetts, New Hampshire and Vermont. |

Federal Register / Vol. 60, No. 195 / Tuesday, October 10, 1995 / Notices    52727

REGIONAL AND DISTRICT OFFICES OF THE INTERNAL REVENUE SERVICE—Continued

| District name | Headquarters | Area covered |
| --- | --- | --- |
| New Jersey District | Newark, New Jersey | New Jersey. |
| Brooklyn District | Brooklyn, New York | New York counties: Kings, Nassau, Queens and Suffolk. |
| Upstate New York District. | Buffalo, New York | New York counties: Albany, Allegany, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware, Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Lewis, Livingston, Madison, Monroe, Montgomery, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Rensselaer, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, Steuben, St. Lawrence, Sullivan, Tioga, Tompkins, Ulster, Warren, Washington, Wayne, Wyoming and Yates. |
| Manhattan District | New York, New York | New York counties: Bronx, New York, Richmond, Rockland and Westchester. |
| Pennsylvania District | Philadelphia, Pennsylvania. | Pennsylvania. |
| Midstates Region | Dallas, Texas | Arkansas, Illinois, Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota, Texas and Wisconsin. |
| Illinois District | Chicago, Illinois | Illinois. |
| North Central District | St. Paul, Minnesota | Minnesota, North Dakota and South Dakota. |
| Midwest District | Milwaukee, Wisconsin | Iowa, Nebraska and Wisconsin. |
| Kansas-Missouri District | St. Louis, Missouri | Kansas and Missouri. |
| Arkansas-Oklahoma District. | Oklahoma City, Oklahoma. | Arkansas and Oklahoma. |
| North Texas District | Dallas, Texas | Texas counties: Anderson, Andrews, Angelina, Archer, Armstrong, Bailey, Baylor, Borden, Bowie, Briscoe, Brown, Callahan, Camp, Carson, Cass, Castro, Cherokee, Childress, Clay, Cochran, Coke, Coleman, Collin, Collingsworth, Comanche, Concho, Cooke, Cottle, Crane, Crockett, Crosby, Dallam, Dallas, Dawson, Deaf Smith, Delta, Denton, Dickens, Donley, Eastland, Ector, Ellis, Erath, Fannin, Fisher, Floyd, Foard, Franklin, Gaines, Garza, Glasscock, Gray, Grayson, Gregg, Hale, Hall, Hansford, Hardeman, Harrison, Hartley, Haskell, Hemphill, Henderson, Hockley, Hood, Hopkins, Houston, Howard, Hunt, Hutchinson, Irion, Jack, Johnson, Jones, Kaufman, Kent, King, Knox, Lamar, Lamb, Lipscomb, Loving, Lubbock, Lynn, Marion, Martin, Menard, Midland, Mills, Mitchell, Montague, Moore, Morris, Motley, Nacogdoches, Navarro, Nolan, Ochiltree, Oldham, Palo Pinto, Panola, Parker, Parmer, Potter, Rains, Randall, Reagan, Red River, Roberts, Rockwall, Runnels, Rusk, Sabine, San Augustine, Schleicher, Scurry, Shackelford, Shelby, Sherman, Smith, Stephens, Sterling, Stonewall, Sutton, Swisher, Tarrant, Taylor, Terry, Throckmorton, Titus, Tom Green, Upshur, Upton, Van Zandt, Ward, Wheeler, Wichita, Wilbarger, Winkler, Wise, Wood, Yoakum and Young. |
| South Texas District | Austin, Texas | Texas counties: Aransas, Atascosa, Austin, Bandera, Bastrop, Bee, Bell, Bexar, Blanco, Bosque, Brazos, Brewster, Brooks, Burleson, Burnet, Caldwell, Calhoun, Cameron, Colorado, Comal, Coryell, Culberson, DeWitt, Dimmitt, Duval, Edwards, El Paso, Falls, Fayette, Freestone, Frio, Gillespie, Goliad, Gonzales, Grimes, Guadalupe, Hamilton, Hays, Hidalgo, Hill, Hudspeth, Jackson, Jeff Davis, Jim Hogg, Jim Wells, Karnes, Kendall, Kenedy, Kerr, Kimble, Kinney, Kleberg, Lampasas, LaSalle, Lavaca, Lee, Leon, Limestone, Live Oak, Llano, McCulloch, McLennan, McMullen, Madison, Mason, Matagorda, Maverick, Medina, Milam, Nueces, Pecos, Presidio, Real, Reeves, Refugio, Robertson, San Patricio, San Saba, Somervell, Starr, Terrell, Travis, Uvalde, Val Verde, Victoria, Waller, Washington, Webb, Wharton, Willacy, Williamson, Wilson, Zapata and Zavala. |
| Houston District | Houston, Texas | Texas counties: Brazoria, Chambers, Fort Bend, Galveston, Hardin, Harris, Jasper, Jefferson, Liberty, Montgomery, Newton, Orange, Polk, San Jacinto, Trinity, Tyler and Walker. |
| Western Region | San Francisco, California. | Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington and Wyoming |
| Southwest District | Phoenix, Arizona | Arizona, Nevada and New Mexico |
| Rocky Mountain District | Denver, Colorado | Colorado, Idaho, Montana, Utah and Wyoming |
| Northern California District. | Oakland, California | Northern California counties: Alameda, Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Francisco, San Joaquin, San Mateo, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo and Yuba |
| Central California District. | San Jose, California | Mid-state California counties: Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Mono, Monterey San Benito, San Luis Obispo, Santa Barbara, Santa Clara, Santa Cruz, Stanislaus, Tulare, Tuolumne and Ventura |
| Los Angeles District | Los Angeles, California | County of Los Angeles, except for that portion served by the Southern California District |
| Southern California District. | Laguna Niguel, California. | Southern California counties: Imperial, Orange, Riverside, San Bernardino, San Diego, and that portion of Los Angeles County serviced by the Carson post of duty (the geographic area covered by 1995 U.S. Postal Service zip codes 90254, 90274, 90277, 90278, 90501, 90502, 90503, 90504, 90505, 90506, 90507, 90508, 90509, 90510, 90701, 90702, 90703, 90704, 90706, 90707, 90710, 90711, 90712, 90713, 90714, 90715, 90716, 90717, 90731, 90732, 90733, 90734, 90744, 90745, 90746, 90747, 90748, 90749, 90801, 90802, 90803, 90804, 90805, 90806, 90808, 90809, 90810, 90813, 90814, 90815, 90822, 90831, 90832, 90833, 90834, 90835, 90840, 90844, 90846, 90853) |
| Pacific Northwest District. | Seattle, Washington | Alaska, Hawaii, Oregon and Washington |



National Archives

Washington, DC 20408

May 16, 1994

# Exhibit C

Richard Durjak
5506 West 22nd Place
Cicero, IL 60650

Dear Mr. Durjak:

The Director of the Federal Register has asked me to respond to your inquiry. You have asked whether Internal Revenue Service provisions codified at 26 U.S.C 6020, 6201, 6203, 6301, 6303, 6321, 6331 through 6343, 6601, 6602, 6651, 6701, and 7207 have been processed or included in 26 CFR part 1.

The parallel Table of Authorities and Rules, a finding aid Compiled and published by the Office of the Federal Register (OFR) as a part of the CFR Index, indicates that implementing regulations for the sections cited above have been published in various parts of title 27 of the **Code of Federal Regulations** (CFR). **There are no corresponding entries for title 26.**

However, the Parallel Table is only an extract of authority citations from the CFR data base and cannot be considered a comprehensive key to the statutory basis for all regulations. An agency may have additional authority for regulations that are not listed separately in authority citations, or is carried within the text of CFR sections. Citations in regulatory text generally do not appear as entries in the Parallel Table.

Since there are 12 volumes that make up part 1 of title 26 of the CFR, it would require extensive research to answer your question with certainty. Commercial computer based services are better equipped to perform this type of research. In any case, the OFR has neither the resources nor the authority to perform the research requested, since to do so would require us to make substantive interpretations as to whether certain tax statutes have any association with the specified set of regulations (see 1 CFR 3.1 enclosed).

Your second question refers to IRS procedures for incorporating material by reference in the **Federal Register.** The incorporation by reference process is narrowly defined by the provisions of 5 U.S.C 552 (a) and 1 CFR Part 51. Our records indicate that the Internal Revenue Service has not incorporated by reference in the Federal Register (as that term is defined in the Federal Register system) a requirement to make an income tax return.

I hope this information will be useful to you.

Sincerely,

*Michael L. White*

Michael L. White
Attorney
Office of the Federal Register

Enclosure