Richard E Kamp
1095 Hilltop Drive #325
Redding, CA 96003
530-941-5121
Pro Se Petitioner

FILED
SEP 1 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Richard E. Kamp,
    Petitioner,
vs.
United States,
    Respondent,

No: 2:13-mc-0056-TLN-CMK

Petitioner's Affidavit In Support of Memorandum In Opposition To Respondent's Motion To Dismiss

10/09/2013 – 10:00 AM
Magistrate Judge Craig M. Kellison

**Affidavit**

I, Richard E. Kamp, the undersigned Affiant being duly sworn, depose and say the following:

1. On June 01, 2012, prior to Revenue Agent Landon Gustafson's ("Agent Gustafson") investigation into my personal affairs for years 2010 and 2011, I corresponded with an IRS Operations Manager in another office requesting answers to technical questions I had as a result of information I found in IRS and Treasury publications and a letter from an attorney at the Federal Register.

2. My intensions in communicating with that individual was to obtain answers to specific questions that caused me confusion concerning demands the IRS was placing on me and to be informed and corrected of any misunderstanding(s) I may have come to.

3. On or about March 19, 2013, Agent Gustafson asked me to provide her with tax returns for the years 2010 and 2011.

4. Subsequent to March 19, 2013, I informed Agent Gustafson of my prior correspondence with the other IRS office. At that time, Agent Gustafson asked that I direct those questions and concerns

1

to her. I responded by telling her that I preferred waiting to hear an answer from the other IRS office before giving her any tax returns.

5. As nearly a year had past and I had not yet received a response from the Operations Manager, on or about May 13, 2013, I provided Agent Gustafson with the questions and information she previously asked for. A true and correct copy of that correspondence is attached as Exhibit A.

6. My intensions of that correspondence were to obtain answers from Agent Gustafson to the questions asked of the Operations Manager and to be informed and corrected of any misunderstanding(s) I may have come to.

7. Respondent's Exhibit B (Dkt. No. 8-2) is incomplete as presented to the court as it omits relevant evidence that points to the cause of my confusion and questions as submitted to the IRS.

8. As of the date of this Affidavit, I have not received a response from Agent Gustafson or the Operations Manager to my good faith presentments.

9. I deny claiming I am not subject to an income tax filing requirement because filing requirements were null and void due to the reorganization of the IRS.

10. I deny claiming I am immune or not subject to taxation because of the reorganization of the IRS.

11. I deny advancing arguments in my correspondence with Agent Gustafson and the other IRS office as to why I am not subject to taxation.

12. Twelve (12) days after the date of the summonses, I filed my Petition To Quash Summons.

13. The Petition To Quash Summons was timely served in the manner prescribed by law on the appropriate parties via certified mail.

14. I deny receiving reportable or taxable income.

15. I deny involvement in any activities that would make me liable for any tax imposed by 26 USC Sections that are administered and enforced by The Alcohol and Tobacco Tax and Trade Bureau (TTB).

**16.** I deny participating in any act or privilege from which an act of US Congress has made me liable for a tax.

**17.** I deny being "therein" any "internal revenue district" or any other jurisdiction of the IRS that would make me subject to any of the IRS' income tax laws.

Further, Affiant says nothing.

I certify under penalty of perjury that the foregoing is true and correct.

Affiant: _____   Executed on:  September 10, 2013

**JURAT**

State of California

County of Shasta

Subscribed and sworn to (or affirmed) before me on this __10__ day of September, 2013, by Richard E. Kamp, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public Signature                Notary Public Seal

J. S. MULLIKIN
Commission # 2010445
Notary Public - California
Shasta County
My Comm. Expires Mar 8, 2017