Richard E Kamp
1095 Hilltop Drive #325
Redding, CA 96003
530-941-5121
Pro Se Petitioner

**FILED**
SEP 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Richard E. Kamp,
    Petitioner,
vs.
United States,
    Respondent,

No: 2:13-mc-0056-TLN-CMK

AFFIDAVIT OF SERVICE

10/09/2013 – 10:00 AM
Magistrate Judge Craig M. Kellison

### AFFIDAVIT OF SERVICE

I, Richard E. Kamp, the undersigned Affiant being duly sworn, depose and say the following:

On September 10, 2013, I served a true copy of Petitioner's Response In Opposition To Respondent's Motion To Dismiss Petition with enclosures Exhibits A, B, C, Petitioner's Affidavit In Support of Memorandum In Opposition To Respondent's Motion To Dismiss, *and* Affidavit Of Service, by placing said true copies in a postage paid envelope, addressed to the person below and by depositing said envelope in the United States Mail via Certified Mail. A true copy of the Certified Receipt is herein.

    Richard A. Schwartz
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, DC 20044

1  Further, Affiant says nothing.

2  I certify under penalty of perjury that the foregoing is true and correct.

4  Affiant: _____

5  Richard E. Kamp

7  **JURAT**

State of California

County of Shasta

Subscribed and sworn to (or affirmed) before me on this __10__ day of September 2013, by Richard E. Kamp, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____

Notary Public Signature



J. S. MULLIKIN
Commission # 2010445
Notary Public - California
Shasta County
My Comm. Expires Mar 8, 2017

Notary Public Seal

COPY OF CERTIFIED RECEIPT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20044

OFFICIAL USE

| | |
|---|---|
| Postage | $1.92 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.02 |

Postmark Here  SEP  09/10/2013  REDDING CA 96049  11

Sent To: Richard A. Schwartz - Trial Attorney
Street, Apt. No.; or PO Box No. U.S. DOJ - P.O. Box 683 - Ben Franklin Stn.
City, State, ZIP+4 Washington, DC 20044

PS Form 3800, August 2006    See Reverse for Instructions

7011 2970 0003 0354 3722

-2-

Affidavit of Service / Schwartz